December 20, 2022

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11021

      Re:    United States v. Mark Ross, Case No. 21-CR-193 (KAM)

Dear Judge Matsumoto:

I'm submitting this letter on behalf of and in support of my father, Mark Ross. My name is Naomi Ross. I am Mark's third child. I am currently studying to earn my certification as a yoga instructor.

I think it is important for me to explain a little bit about my background and affiliation with my father's co-defendant, Richard Sterritt, because the day I met Richard was the beginning of end. And of course I could not have known of the nightmare that what was to become of all of this.

In May 2019, I was 23 years old and I was working as a waitress at Capos, an Italian restaurant in Las Vegas, Nevada. One day, a friendly customer named Richard, mentioned to me that I had the perfect personality to work for his friend, Rafi, who was in charge of celebrity gifting suites in Los Angeles, California. And in addition, Richard asked me if the man I was currently seeing was treating me well and if I ever found myself in a position that I wanted out to give him a call and he handed me a piece of paper with his number on it. Although this may have seemed like an odd question, at the time I was in fact living with my boyfriend and in the midst of a very volatile and emotionally abusive relationship, which in progression continued to deteriorate. The truth is that I was absolutely miserable in my then-current situation and I felt utterly and completely trapped, especially due to the fact I had no funds or even a means of transportation during that time. Needless to say, I took Richard's number.

During the following weekend, my boyfriend and I had another big fight and he threatened to kick me out. Feeling lost and confused, I reached out to Richard and asked him if the job he had mentioned was still available and if so, I would be interested in taking the position. Richard asked me if I was in need of funds for a car to transport myself and my belongings to Los Angeles and I gratefully accepted. Immediately, Richard gave me $2,000 and I left the very next day.

Despite Richard living in Dallas, Texas at the time, he had various connections in the Los Angeles area and had managed to get me a room in West Hollywood at his nephew's house. I stayed there for about a month and then I made a trip to up to Three Rivers in Northern California to visit my family. Upon my return to LA, to my surprise, Richard had moved me into a fully furnished apartment. I remember in that moment, feeling so incredibly free from the toxic environment and relationship that I had gotten out of and it was because of this very kind gesture from Richard, I felt as though he genuinely wanted to help me and see me do better. Of course I

had some thoughts regarding the why part. Could he possibly have romantic feelings towards me? Or was he just an altruistic human being? I wasn't exactly sure but I thought I owed it to myself to be optimistic especially because I was in such a dark place a couple of months beforehand in that dead end situation in Las Vegas so it would only be fair to give Richard the benefit of the doubt. Call it naïveté or wishful thinking but at that time I truly believed that this man was the answer to mine and my family's prayers. But it wasn't until a few years later I realized just how painfully wrong I had been.

Shortly after I was moved into my new apartment in LA, Richard came down to visit. It was during this period of time when he asked if he could take me out to dinner. I figured this was the least I could do considering he was essentially the reason I was able to move away from the toxic situation in Las Vegas and why I had my own place now to live. During our meal, we spoke about my family and my childhood and all the trials I had endured throughout; I had mentioned my father's ugly divorce from his ex-wife (that is, my father's second wife, not my mother) and how my parents were in the process of reconciling their marriage to one another. In addition, I told him how my parents were going to be moving back to Florida because there were more job opportunities for my dad. Richard seemed rather curious and without interruption kept asking me questions about my dad and his past experiences. He then told me he was interested in speaking to my father at some point. I figured Richard was just making conversation and that the idea would blow over eventually, but he was persistent for several months, asking numerous times to speak with my father.

There were the occasional times when I questioned Richard's intent because no one has ever treated me that kindly before. I couldn't figure out whether he actually wanted to help me or if he had an ulterior motive behind his actions. After getting to know him better, I truly believed he just had a big heart. Richard would speak to me about his businesses and how successful they were and for once I felt relieved and hopeful that this man would help my family. Though there were times that he made flirtatious remarks, he made life-changing promises to me and I grew excited that he was going to make things better for me and my family. Because of this, I grew closer to Richard and began talking to him every day, sharing more and more. He knew about all my heartache and hardships and he was someone I felt like I could confide in and vice versa.

In addition to telling Richard about my father's divorce, I also spoke to him about my sister, Karlie, who suffers from severe mental illness. Richard yet again took interest in this topic. At the time, Karlie was a patient in a mental hospital in Fresno, CA. which is about three hours away from LA. One day, Richard asked me if I wanted to take a trip with him to visit my sister. This caused me to break down because I never had a single person care for me or my family as much as he did. Without hesitation, I took Richard's offer to go see my sister. He gave me money to buy my sister, Karlie, clothes, makeup and everything else she wanted. He offered to do it all and then some. I remember having conversations with my dad and I would ask, "where did this person come from?" My dad would tell me, he either really wants something from me or maybe he's just a really good person. In addition, Richard offered to buy a property in Destin, FL and open a ranch for my sister, Karlie, where she could live with various animals something to the effect of an animal sanctuary and she could be safe. He mentioned getting bodyguards and assuring me that it would be a place where she would not be in danger and would be able to lead

as much of a normal life as possible. This was what sealed the deal. I felt this tremendous bond with this man like no other.

Richard and I grew closer and closer. He offered me his apartment in LA, as he was never really there. I took this opportunity and moved in, and even moved my younger brother in shortly after. I personally believed, as well as my family, that Richard had feelings for me and truly cared about me. I began to let my guard down more and more and eventually I put my full trust in this man. This is when I ultimately arranged a call for my dad and Richard to meet and talk with one another. Richard had offered my dad money, which he declined because my father would rather work for his earnings, and not take a free handout. My dad is a hard worker and has always been a career driven man.

Had I known then what I know now, I would have never let this man near myself, let alone my father and the rest of my family. You hear these stories of people being gaslighted and manipulated but you don't think that could ever happen to you or that they come in the form of someone that looked like Richard. This is one of my biggest regrets in life, putting my trust in this man and believing he truly cared about my family's and my own well-being.

My dad is my best friend. He has a heart of gold and has emulated pure selflessness for as long as I can remember. He has always been there for me, whether it be during the good times in my life or the more challenging moments. But no matter what, I can wholeheartedly say that my father has never let me down. My family is the most important part of his life. He has done everything in his power to demonstrate that we are his main priority by making sure that we are all supported, taken care of, and so very loved.

As one of four children, my father has never made me feel unappreciated or insignificant in the least bit. With that being said, it is important to recognize that my family has been through a lot of trauma. When I was 9 years old, my oldest sister, Madeline, was diagnosed with Stage 4 Hodgkin's Lymphoma. My father took into account that the best treatment for her situation was in New York. Shortly after, as a family, we relocated from Florida to New York so my sister could receive treatment at Sloan Kettering Cancer Center. This was especially a very difficult time for my sister Karlie and myself. We both struggled with transitioning to a new school and making new friends all the while trying to remain as strong as possible for our mother, father, baby brother, Adin, and of course Madeline. During this time, my father had a full-time job and continued to be a full-time dad as well as being the rock for all of us during this excruciatingly painful time.

My father made the impossible possible and looking back now, I realize he had always spread himself very thin in order to make sure his wife and children all felt happy, loved, supported, and safe. He ALWAYS put his children first, and therefore he did not have time to think about his own needs. With Madeline constantly being in the hospital, Karlie, Adin, and myself still never in the least felt neglected or less loved because that's just the kind of person my father is. He would always take the time to ask about how our day at school was and how we were feeling about the frightening situation of Madeline having cancer, and if there was anything that we needed during this very emotional time.

Karlie, Adin, my father, and myself started a tradition where we would spend every Friday night with each other ordering in takeout, watching movies, and eating ice cream. We called it a celebration of remaining strong and united during this painful time. My father always put on the bravest face and never showed how worried or scared he was even though my older sister was fighting for her life. He remained strong, our rock. And to this day he continues to be the guiding light in times of darkness for me.

After Madeline beat her cancer, we relocated to California. Shortly after, my parents separated and then eventually they got divorced. This was especially hard on Adin and myself, being the youngest of four, but no matter what happened, my father continued to be a light during this dark time. He was heartbroken and uncertain of what would happen next. As my parents separated, I continued to live with my father. He was the best dad any teenager could ask for. He would always make sure I was taken care of and consistently made time for me. I was so appreciative of my father because I was hurting very badly during this time and he would share his wisdom on life with me and assure me everything would be okay. He would always say, "there is a light at the end of every dark tunnel, just continue to be brave, strong, and true to yourself."

I took that advice through the most difficult of times. As Madeline began to use drugs and battle with her own demons it was absolutely terrifying. I remember Madeline, broken and drug addicted, go to my father to help her and not once did he turn his back on her even though there were many times the family did not think she would survive. My father did anything and everything in his power to help Madeline refrain from using. She would get clean for a little while and then sadly, she would relapse. This nightmare went on like clockwork for almost a decade. Through multiple overdoses, rehab and hospital stints she managed to recover by the grace of God. But these devastating times were very traumatic for all of us, especially my parents though because they were so close to losing their child once again. I vividly remember my father having daily panic attacks because he was so worried with fear and anxiety at the thought of possibility that my sister very likely may not survive this.

Over time, my father and mother began to repair their relationship. My father wanted the family back together and wanted to move past the brokenness and trauma that had occurred. This was a major step for my dad as he overcame obstacles of different magnitudes to once again bring together his family that he loves so much.

If that wasn't hard enough, my other sister, Karlie, was diagnosed with schizoaffective disorder. This was heartbreaking for everyone, especially my father as he had to endure yet another one of his daughters requiring critical psychiatric attention and constant supervision. Over the years, Karlie began to get worse and eventually she would spend years in a psychiatric institution. This was absolutely heartbreaking. While Karlie spent six long years at this facility, my father put his heart and soul into doing whatever it would take to get Karlie out of this prison she had been in. Once she was released, my father volunteered to be her main caretaker. He currently provides and dispense various medications to Karlie throughout the day, in conjunction with the 24/7 supervision that she needs and that he personally oversees. His efforts were so strong and he always remained determined and dedicated into seeing it through so that Karlie could have the opportunity to experience life and freedom with her family instead of remaining boarded inside an institution.

Through these difficult times, my father has endured agony, pain, heartbreak, abandonment, and betrayal. He could have easily thrown in the towel and given up several times. Instead, he was persistent, devoted, and committed. He continued to deliver love to his children, provided a financially stable life for his family, overcame medication abuse and now has over a year of clean time. His heart is so big, as he always put his family and their needs before his.

My father has impacted my life greatly. He has taught me so much about life and its many challenges. His everlasting strength and bravery continue to inspire me every day. With a great deal of self-reflection during these past months I have come to realize that I too possess these important traits. I have reflected upon my life and myself regarding the many challenges I've had to overcome. He is my rock, role model, and best friend.

In regards to the crime that my father committed, he has expressed the utmost regret and remorse. These past couple of years he has had the time to really do some serious self-reflection and understand that what he did was very wrong. I see my father has a tremendous amount of guilt regarding everything. He feels so badly for what he has done and he has shared with me that he so badly wishes he could change the past. With that being said, he also shared with me that he has learned a very valuable lesson from this experience. This whole situation has truly humbled him for the better. It is my opinion that any sort of incarceration would only hinder further growth on my father's end. Plus it would leave Karlie without the proper guidance and support; hence in a helpless situation and it would only be a matter of weeks if not days that she would begin to backtrack without my father. He plays the most pivotal in her life. I kindly and respectfully ask Your Honor to be merciful during my father's sentencing. I truly appreciate you taking the time to read my letter so thank you for that Judge Matsumoto.

                                                Respectfully submitted,

                                                Naomi Ross