December 6, 2022

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Mark Ross, Case No. 21-CR-193 (KAM)

Dear Judge Matsumoto:

My name is Jed Wallace and I want to thank you in advance for taking the time to read my humble and respectful thoughts on Mark Ross, his character, and the family that adores him. I have had the absolute privilege of knowing Mark Ross, and the entire Ross family, for several years and wanted to take a few minutes to humbly and respectfully share my perspective on him, his impact on family, and how I measure it.

I am a communications and business strategist that was first introduced to Mark and his family by way of his son, Adin Ross. Adin is a bit of an anomaly in the social media and gaming landscape that has built a massive following and unparalleled engagement by carving out a niche on the popular social media/gaming platform, Twitch. As a result of his meteoric rise, he faced quite a few challenges as a young man who almost overnight, became famous, wealthy, and confronted an enormous amount of 'hate' which, sadly, is the byproduct of social media fame. My role is to help high profile individuals like Adin, build infrastructure for their emerging platform, better understand the behavioral pitfalls of social media success, and learn the value of supporting the less fortunate in an effort to grasp the value of their voice and power to use their new public voice to change the lives of others.

Without getting too deep into the nuanced world of nudging young social media 'influencers' and clients like Adin into the cathartic pay dirt that comes from spreading gratitude and frankly, wealth with these who need it desperately, Adin was the first client of mine in nearly 15 years that took the time to find me and ask for help "being a better person and using his platform for good." Those were his words and typically that moment comes after a mistake, but not with Adin. When I asked him what drove him to take this step, he simply shared that it was his dad (Mark Ross). His father had instilled the message that no matter what modicum of success he found, he must always start by sharing it with those less fortunate. This was not only a first for me to hear, it was the first time a young client had made it their focus, which I attribute directly to the parenting and character of Mark Ross. As a result, Adin has utilized his platform to raise money and meaningful awareness for countless families of first responders, marginalized people, and those facing insurmountable struggles.

While my primary view of Mark Ross was through the lens of his son and family values, it was a spectacular opportunity to measure the man, the parent, and the importance of his role in their family. In no way, shape, or form, do I support or condone breaking the law or what Mark became a part of, I do, however, take the time to better understand how situations like this unfold, whether there is remorse, and if lessons were learned. Having the opportunity to connect with each family member while supporting their son and his own journey, it is clear to me that Mark has deep remorse, continues to

unpack the lessons learned, daily, and while his motivation was providing for the special needs of his oldest children and family, breaking the law was the wrong path and one he will forever wish he didn't follow.

This man is desperately needed at home with the extenuating circumstances surrounding his oldest daughters; however, he completely grasps how his judgement was dramatically clouded while following a path he thought was the right one, given the desperate circumstances. The fact is, he knows, regardless of the circumstances, the path he chose was wrong. All this to say, while his accountability is critical, I do have a better understanding of what led him to the greatest mistake of his life. Perhaps more importantly, I know without a doubt that this mistake has helped him wake up and realize that it was a gift in many ways since he can truly embrace the humility and lesson to become a better man, parent, and husband.

Mark is a good man that made an awful decision and while I know that you, Judge Matsumoto, are an exceptional human yourself, with a gift for striking balance, I humbly ask that when you consider Mark's punishment, you factor in the perspective I've shared. It would be beyond meaningful to his family and friends if he could remain at home to provide the support and stability they all need, but regardless, he firmly grasps that this moment and your decision is and will be forever respected and used to continue his path toward redemption.

Again, thank you for your time and wisdom.


Respectfully submitted,


Jed Wallace