February 13, 2023

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11021

Re:    United States v. Mark Ross. Case No. 21-CR-193 (KAM)

Dear Judge Matsumoto:

My name is Adin Ross and I am submitting this letter on behalf of and in support of my father Mark Ross.

I am 22 years old and I am Mark's youngest and only son out of four children. I currently reside in Miami, FL and I also have a residence in Los Angeles, CA that I commute back and forth between the two for work. I currently work in the entertainment industry as an Influencer and a Streamer.

Looking back, I had a wonderful childhood. I was well taken care of as a kid and I always had everything I needed. I would go as far to say I always had everything I could have ever possibly wanted. My father worked his entire life and devoted himself fully to me and my three sisters in the most magnificent way. With that being said, growing up was definitely very interesting with three older sisters. I love them with all my heart but they have each gone through significant difficulties. Watching them go down certain paths was a great deterrent to me to never follow them down the same routes.

My oldest sister, Madeline, has struggled for almost a decade with severe heroin addiction. Thankfully she is clean and sober today at age 33. But it took a lot of struggle and suffering to get her to the place she is now.

My second oldest sister, Karlie, was diagnosed with schizoaffective disorder at around age 18. It's been extraordinarily painful having to watch Karlie struggle with all sorts of issues associated with her severe mental illness. When I was 11 years old I suffered a very traumatic experience during one of Karlie's psychotic episodes. She believed that I wasn't really her brother, but in fact, a Nazi soldier impersonating her brother. I'll never forget being woken up in the middle of the night to Karlie stabbing me in my arm. I was so scared and confused especially because at that age I wasn't able to truly comprehend the gravity of the situation and how sick Karlie really was. I was just in complete and utter shock as to why my big sister would do such a horrific thing to me and cause me harm. I ended up having to go to the emergency room to get stitches and when the doctor asked me what had happened I told him about the incident with Karlie. This was the catalyst that led to a series of disastrous events that ultimately resulted in Karlie's institutionalization for 5 years. With time, and having a kind, patient and loving man for a father, I grew to better understand Karlie's situation as I slowly began down the road to

1

forgiveness because I love my sister and I know she wasn't in her right mind. But there is no way that this would have ever even been possible if it weren't for my father. He held my hand and guided me to have love and acceptance towards my sister as he taught me that Karlie wasn't a cruel and malicious person, but rather a very confused and ill person that needed a lot of help.

Currently, whenever there is a holiday or family gathering I willingly and happily attend and participate even with Karlie being there. It took a long time but Karlie and I ended up being able to mend our relationship. As much as my father vocalized that Karlie's actions towards me were unacceptable, he also showed me that forgiveness is the key to freedom and peace. My father took the time to lovingly guide me down a path of love and understanding for what my sister was going through and showed me how serious and detrimental mental illness really is, not only for the person suffering with the illness itself, but for the person's loved ones as well.

Naomi is my other sister that I've watched struggle with severe depression on and off for years. Being a witness to my three big sisters' trials and tribulations broke my heart, but at the same time impacted me greatly to really want to put my best foot forward and make a difference in this world for myself and more importantly for those I love most in this world – my family.

My dad is my best friend and he is my hero. I've always felt in my heart if I could be just a fraction of the human being that he is then I have arrived. My father has always been a practical person but also a dreamer and that inspired me to follow my dreams. He has always been in my corner and believed in me when no one else could or even would, especially in regard to my passion, which is my career and all of the other accolades that I've achieved along the way. My father always took care of me and put me first despite all of the challenges and hardships he has faced and was facing in life. He will always be my number one. I'll never forget when I was a younger, it was my dad that bought me my first computer, gaming systems, cameras, microphones, and everything else that I needed to do what it is that I do today for a living, which is streaming. My father was the one that invested in me when I had nothing to my name. He is the reason I am so successful today and I humbly owe all of that to him.

It is because of my dad that I inherited his undeniably amazing work ethic, the drive to pursue my dreams of becoming a streamer because unfortunately, the majority of my family members kept pressuring me that if I wanted to achieve success that I would have to go to college and do something with my life because they didn't believe I would be able to make something of myself otherwise, and become the lucrative streamer that I am today. And to be honest, it could be quite discouraging and heartbreaking for me at times to see most of my loved ones doubting me and my abilities. But my dad always came through in the end. He would always advise me to consider the advice of what others were recommending, but in the end he reassured me to always follow my dreams, so that's exactly what I did. And for that, I am eternally grateful to him. Even my stepmother at the time would tell my dad that I was wasting my time and my father's time, and that my dad was wasting his money by supporting me through financing my gaming system because in her eyes I was never going to make it and instead, he should be getting me ready for college and pushing me to get another job. But my dad put his foot down and stuck up for me as he stood by me. I will never forget anything that he's done for me.

My dad would always make stuff happen. Even when things weren't going well for him at work or when he would go through a period of time when he would lose many of his jobs, while he tried to make a comeback and continued to attempt to become financially stable and successful again, he would never burden me with talk about his financial troubles. He would just use his challenges as momentum to get back on his feet and look for other work opportunities.

No matter what was taking place outwardly, my dad would always go out of his way to be there for me, as my father, my role model, and ultimately as my hero. If I ever needed advice I knew I could go to him and that he always offered that safe space for me. I know for a fact that if I didn't have the father that I had growing up, things wouldn't have turned out so well for me. There isn't a shred of doubt in my mind that I wouldn't be even half the person I am today if it weren't for my father. He taught me how to treat people with dignity and respect no matter who they are or where they came from, and most importantly, he taught me how to be loving, loyal, respectful, kind, and how to work hard and make money due to his fervent work ethic. If it weren't for my father and his everlasting love and support, I would not have had the amazing childhood that I've had the privilege of experiencing, nor would I be the kind, hardworking, generous, and loving human being that I turned out to be. He has always been honored to help out any and every family member no matter the circumstances. This is not to come off as bragging but to show how deeply my dad has impacted me as a human being. Because without him, none of my success in life would be possible. My dad never gave up on me and I never gave up on myself.

My father has dedicated his entire life to his children and now he's getting older. I want him to be able to live a life that he deserves which is full of joy, love, and happiness. But right now he is stuck in this psychological prison that he is locked in within his mind. When he has previously spoken to me about his crime, my father has expressed his deepest regrets for what he has done. He has told me he feels very guilty and ashamed for handling things the way he did. My father is still my hero and despite everything that has taken place, in a strange way it has led me to have a greater appreciation and respect for him because it's not the easy times in life that shed light on a person's true character and strength, but the more difficult times that illuminate them. The fact that I have had the privilege and opportunity to witness my father during such a trying time, making mistakes in regard to the crime he committed and being brave enough to stand up and admit to that fact, come to terms with it, and have the very remorse he so very clearly lives with today has made him even more of an inspiration to me. Please be merciful when sentencing my father, Your Honor. I appreciate you taking the time to read my letter.

Respectfully submitted,

Adin Ross

3