| | |
|---|---|
| **From:** | Katie Mathews <katie@zonaenergy.com> |
| **Sent:** | Friday, March 20, 2020 2:14 PM |
| **To:** | Mark Ross |
| **Subject:** | Shareholder List |
| **Attachments:** | List of Investors - Mark Ross.xlsx |

Hi Mark,

Attached you will find the Excel spreadsheet detailing all your investor activity.

Please let me know if you need anything else.

Thank you,

Katie Mathews | Corporate Secretary | Zona Energy, Inc.
Two Galleria Tower, Suite 100, 13455 Noel Road, Dallas, TX 75240
Mobile: 320. 491.1843
Office: 972-280-7900
katie@zonaenergy.com



**From:** Katie Mathews
**Sent:** Thursday, March 19, 2020 9:19 PM
**To:** Mark Ross <markr@richmanenergy.com>
**Subject:** RE: Xcell

Hi Mark,

I received your email and I will work on your spreadsheet tomorrow.  One thing I would ask of you, is please send me a detailed list of the information you are seeking specifically if you see any errors or omissions that I need to amend on prior the lists I gave you.  This would help me tremendously in providing a spreadsheet that is organized exactly how you need it, so going forward you can easily maintain your shareholder list.

Please know that I have not purposefully ignored your request by any means. Unfortunately there are 100s of tasks that fall to me in this transition. I am simply trying to diligently working down the list of priorities within the myriad of tasks Richard and the others has set for me.

If you have any questions or need anything else, please don't hesitate to contact me as I am more than happy to help you in any way I can.

I hope all is well with you and yours, please be mindful as you venture out!

Thank you,

Katie Mathews | Corporate Secretary | Zona Energy, Inc.

1

Two Galleria Tower, Suite 100, 13455 Noel Road, Dallas, TX 75240
Mobile: 320. 491.1843
Office: 972-280-7900
katie@zonaenergy.com



---

**From:** Mark Ross <markr@richmanenergy.com>
**Sent:** Thursday, March 19, 2020 5:43 PM
**To:** Katie Mathews <katie@zonaenergy.com>
**Subject:** Xcell

Hey Katie,
I hoe you are well.
Is there any shot of sending me the same excel sheet you recently sent only have it be current?  I see it is marked Accordant services, please make sure my list contains all the activity. Also I would like to get organized further by having the number of options and the date sent to each person on my list who received them. I just want you to know this request which I have patiently been waiting for the material, is not a frivolous request without purpose. As you know I have been a useful  teammate in a short time. In other words I am results orientated and I am asking for something I require to do my work, and that cannot be too time consuming to produce. Based on my track record I will probably yield the results that will  be worth the effort .
 Amber told me to come to her when I need something if you are very busy. Let me know if this is the case.

I hope my email finds you and yours healthy and Strong. I am not trying to be difficult Katie and normally you take me seriously.

Respectfully,
Mark

**Mark Ross performance summary:**

| Last Name | First Name | $ Invested | # Shares | $ Per Share | Date | Notes |
|---|---|---|---|---|---|---|
| Barasch | Phyllis | $ 50,000.00 | 20,000 | $ 2.50 | 1/8/2020 | |
| Durrani | Adnan | $ 25,000.00 | 10,000 | $ 2.50 | 8/15/2019 | |
| Ehrlich | Paul | $ 20,000.00 | 8,000 | $ 2.50 | 8/1/2019 | |
| Gilbert | Stanley | $ 25,000.00 | 10,000 | $ 2.50 | 11/18/2019 | |
| | | | | $ 1.00 | | Was sent SOA 3x's - no response |
| Gottlieb | Samuel | $ 6,250.00 | 2,500 | $ 2.50 | 1/8/2020 | |
| | | $ 4,000.00 | 4,000 | $ 1.00 | 3/6/2020 | |
| Gottlieb | Robert | $ 6,250.00 | 2,500 | $ 2.50 | 1/8/2020 | |
| | | $ 4,000.00 | 4,000 | $ 1.00 | 3/6/2020 | |
| Halpern | Frederick | $ 25,000.00 | 10,000 | $ 2.50 | 11/22/2019 | |
| Halprin | Linda | $ - | 10,000 | $ - | n/a | |
| Heffron | Patricia | $ 12,500.00 | 5,000 | $ 2.50 | 1/8/2020 | |
| | | $ 4,000.00 | 4,000 | $ 1.00 | 3/7/2020 | |
| Kermalli | Husein | $ - | 10,000 | $ 2.50 | 9/24/2019 | |
| Kermalli | Nisar | $ 25,000.00 | 10,000 | $ 2.50 | 8/5/2019 | |
| Loeb, Jr. | John L. | $ 50,000.00 | 20,000 | $ 2.50 | 11/22/2019 | |
| Miller | Sanford | $ 250,000.00 | 100,000 | $ 2.50 | 12/2/2019 | |
| Paul Ehrlich Defined Benefit Plan | | $ 5,000.00 | 2,000 | $ 2.50 | 8/1/2019 | |
| Pollack, Jr. | Walter W. | $ 25,000.00 | 10,000 | $ 2.50 | 11/19/2019 | |
| Sanders | Jamie | $ 25,000.00 | 10,000 | $ 2.50 | 12/6/2019 | |
| Schaen | Patti | $ 25,000.00 | 10,000 | $ 2.50 | 8/1/2019 | |
| Schaen | Patti | $ 500.00 | 50,000 | $ 0.01 | 12/10/2019 | |
| Surace | Joseph | $ 25,000.00 | 10,000 | $ 2.50 | 9/27/2019 | |
| Tanenbaum | Melvyn | $ 12,500.00 | 5,000 | $ 2.50 | 8/20/2019 | |
| | | | 100,000 | | | Advisory Board shares to be issued |
| Jonathan Shane & Deborah Shane JTWROS | | $ 100,000.00 | 40,000 | $ 2.50 | 11/12/2019 | |
| | | $ 100,000.00 | 100,000 | $ 1.00 | | SOA not signed, resent |
| | Tuunder Not, LLP | $ 25,000.00 | 10,000 | $ 2.50 | 11/25/2019 | |