| From: | Mark Ross [mross8186@aol.com] |
|---|---|
| Sent: | 11/29/2019 5:38:42 PM |
| To: | deeanna@accordantservices.com |
| CC: | richrichmanjr@gmail.com; rich1hq@gmail.com |
| Subject: | Re: Investor Status |

Dear DeeAnna,
An email and or a phone call was just made and sent to everyone on the list you sent to me.
I must say how incredibly helpful it is to benefit from your organizational skills.
THANKS
I will keep you abreast of any changes and I much appreciate if you do the same by letting me know of funds and docs hitting.

Hope your thanksgiving was a wonderful as mine was.
Respectfully,
Mark

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Thursday, November 28, 2019, DeeAnna Looney <deeanna@accordantservices.com> wrote:

| Name | Date Info Was Sent | Signed SPA Received | Questionnaire Received | Payment Received |
|---|---|---|---|---|
| Gilbert, Stanley | 11-18-19 | YES | YES | MAILING A CHECK |
| Halpern, Fred | 11-22-19 | YES | YES | NO |
| Halpern, Joshua | 11-22-19 | YES | YES | NO |
| Loeb, Ambassador John | 11-22-19 | NO – he viewed on 11-26-19 | NO | NO |
| O'Donnell, James | 11-19-19 | NO – he viewed on 11-26-19 | NO | NO |
| Pollack, Walter | 11-19-19 | NO | NO | NO |
| Tuunder Not, LLLP (James Sprayregen) | 11-19-19 | NO | YES | YES |

Sincerely,

DeeAnna Looney
DeeAnna Looney, Vice-President
Accordant Services, Inc.
13455 Noel Road, Suite 407
Dallas, Texas 75240
(601) 631-1700