**From:** Mark Ross [mross8186@aol.com]
**Sent:** 11/26/2019 8:10:24 PM
**To:** deeanna@accordantservices.com
**Subject:** Fwd: Re: Zona Energy deal m

Dear Richard and DeeAnna, please see below the example of what is being done to finalize things.
Every single person who receive documents is paying and I believe no later than Tuesday Wednesday every penny will be in.

FYI
This is the kind of emails and follow up phone calls being made.

EXAMPLE

We should get together in the near future.

Regards,
Phil

> On Nov 26, 2019, at 12:41 PM, Stanley Gilbert <sgilbert@sgilbertpc.com> wrote:
>
> Thank you
> Happy Thanksgiving
> Stan
>
> -----Original Message-----
> From: Philip Sassower <psassower@sgphoenix.com>
> Sent: Tuesday, November 26, 2019 11:40 AM
> To: Philip Sassower <psassower@sgphoenix.com>
> Subject: Zona Energy deal m
>
> Dear Zona Energy Investors,
>
> I understand that the documentation for the purchase of Zona shares at $2.50 per share has been mailed out. Please be sure to complete the questionnaire and return. I understand that things will be closing in about a week.
>
> Best wishes for a Happy and Healthy Thanksgiving Holiday.
>
> Regards,
> Phil

FOIA CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO 17 C.F.R § 200.83

ACCORDANT_SEC_0001044