| | |
|---|---|
| From: | Mark Ross [mross8186@aol.com] |
| Sent: | 1/10/2020 12:28:06 AM |
| To: | katie@accordantservices.com |
| CC: | deelooney1967@gmail.com |
| Subject: | Re: List of investors - please review carefully |

Hey guys,
I will work on this and have everything figured out by tomorrow and I will send you both an email. If I need additional info I will ask Phil Sassower to help me.
Thank you,
Mark

Sent from AOL Mobile Mail
Get the new AOL app: mail.mobile.aol.com

On Thursday, January 9, 2020, Katie Mathews <katie@accordantservices.com> wrote:

Good afternoon,

There are a few missing items on the attached list. Hopefully between the two of you - we can obtain this information. ☺

A list of those items follows:

1. **John L. Loeb, Jr.** - need the *Investor Suitability Questionnaire*
2. **Tuunder Not, LLP** - need the *Investor Suitability Questionnaire*
3. **Walter W. Pollack** - need the *Investor Suitability Questionnaire*
4. **James Sprayregen** - need the PASSWORD to open his *Investor Suitability Questionnaire*
5. **Sanford (Sandy) Miller** - need to know the date he signed his SPA
6. **James O'Donnell** - did not sign the SPA - did he cancel his investment option?
7. **Jamie Sanders** -
    a. Chase has not signed the SPA. Can you please get his signature, DeeAnna?
    b. Did Jamie send in his funds?
    c. Missing the *Investor Suitability Questionnaire*.

From those Questionnaires, I can ascertain the investors' SSN, Phone, Email, Address, etc.

Please double check that ALL investors are listed on this spreadsheet as I would hate to leave anyone out...

Lastly, I need to know that all funds were received and the date received *before* I send to National for processing.

Thank you both for your help on this! Please know that I'd really like to wrap this up tomorrow.
~Katie

FOIA CONFIDENTIAL TREATMENT REQUESTED PURSUANT TO 17 C.F.R § 200.83

ACCORDANT_SEC_0027764