# ROBERT CALIENDO, ESQ.

31 W. 34th St., 7th Floor
New York, NY 10001
Tel. (646) 668-5615
rc@caliendo-law.com

June 18, 2025

**<u>BY ECF</u>**

Hon. Kiyo A. Matsumoto
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *U.S. v. Sterritt,* 21 CR 193 (KAM)

Dear Judge Matsumoto,

In advance of the June 27 sentencing, Sterritt instructs counsel to assert that the government has not established "disputed factors" in the PSR or the government's sentencing papers (ECF No. 476) by "preponderance of the evidence." USSG § 6A1.3, Policy Stmt. and Commentary. Sterritt thus instructs that he demands a full blown "evidentiary hearing" with live witnesses. *Id.; U.S. v. Fatico,* 603 F.2d 1053 (2d Cir. 1979). Sterritt observes that because all names are redacted from the victim impact statements (ECF No. 476-2), he cannot meaningfully respond to them.

Respectfully,

*/S/ Robert Caliendo*

_____
Robert Caliendo, Esq.
(646) 668-5615
rc@caliendo-law.com

cc:    government counsel (ECF)
      U.S.P.O. Cheyanne Ralph (cheyanne_ralph@nyep.uscourts.gov)